# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

144176

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                            SC: 144176
                                            COA: 305254
                                            Oakland CC: 2007-217005-FC

CHRISTOPHER MICHAEL BILLER,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 8, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

s0618

Clerk